**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sadie M. Brown** | Social Security number or ITIN | xxx–xx–3100 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–13087–JNP

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sadie M. Brown

5/19/17

**By the court:**    Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-13087-JNP
Sadie M. Brown                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 2          Date Rcvd: May 19, 2017
                             Form ID: 318           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db            +Sadie M. Brown,   1004 S. Main Street,   Pleasantville, NJ 08232-3620
516651130     +Citibank/Best Buy,   Citicorp Credt Services,   Attn: Centralized Bankruptcy,   PO Box 790040,
               St. Louis, MO 63179-0040
516651131     +Citibank/The Home Depot,   Citicorp Credit Services,   Attn: Centralized Bankruptcy,
               PO Box 790040,   St. Louis, MO 63179-0040
516651132     +Citicards. CBNA,   Citicorp Credit Services,   Attn: Centralized Bankruptcy,   PO Box 790040,
               St. Louis, MO 63179-0040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 23:14:41    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 23:14:37    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516651126     +EDI: AMEREXPR.COM May 19 2017 22:58:00    American Express,   Correspondence,   PO Box 981540,
               El Paso, TX 79998-1540
516651127     +EDI: TSYS2.COM May 19 2017 22:58:00    Barclays Bank Delaware,   100 S West St,
               Wilmington, DE 19801-5015
516651128     +EDI: CAPITALONE.COM May 19 2017 22:48:00    Capital One,   PO Box 30285,
               Salt Lake City, UT 84130-0285
516651129     +EDI: CHASE.COM May 19 2017 22:58:00    Chase Card,   Attn: Correspondence,   PO Box 15298,
               Wilmington, DE 19850-5298
516651133      EDI: DISCOVER.COM May 19 2017 22:48:00    Discover Financial,   PO Box 15316,
               Wilmington, DE 19850-5316
516651134     +EDI: CBSKOHLS.COM May 19 2017 22:58:00    Kohls/Capital One,   Kohls Credit,   PO Box 3043,
               Milwaukee, WI 53201-3043
516651136      E-mail/Text: bkrgeneric@penfed.org May 19 2017 23:15:21    Pentagon Federal Credit Union,
               PO Box 1432,   Alexandria, VA 22313
516651137     +E-mail/Text: bankruptcyteam@quickenloans.com May 19 2017 23:15:06    Quicken Loans,
               1050 Woodward Ave,   Detroit, MI 48226-1906
516651138     +EDI: RMSC.COM May 19 2017 22:48:00    Synchrony Bank/Amazon,   PO Box 965060,
               Orlando, FL 32896-5060
516651139     +EDI: RMSC.COM May 19 2017 22:48:00    Synchrony Bank/HH Gregg,   PO Box 965060,
               Orlando, FL 32896-5060
516651140     +EDI: RMSC.COM May 19 2017 22:48:00    Synchrony Bank/Lowes,   PO Box 965060,
               Orlando, FL 32896-5060
                                                                                       TOTAL: 13


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516651135*    ++PENTAGON FEDERAL CREDIT UNION,   ATTN BANKRUPTCY DEPARTMENT,   P O BOX 1432,
               ALEXANDRIA VA 22313-1432
               (address filed with court:  Pentagon Federal Credit Union,   PO Box 247009,
               Omaha, NE 68124-7009)
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: May 19, 2017
                              Form ID: 318             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:

Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
  bkgroup@kmllawgroup.com
Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
  jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
Victor M Saul    on behalf of Debtor Sadie M. Brown vsaul@comcast.net,  G423l@notify.cincompass.com
                                                                                      TOTAL: 4