UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:    17-13087-JNP
                                                    Chapter:     vchChapter
Sadie M. Brown                                      Judge:       Jerrold N. Poslusny Jr.

---

NOTICE OF PROPOSED ABANDONMENT

---

      DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on August 15, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$93,000.00  1004 South Main Street  Pleasantville, NJ  08232

Liens on property:

$102,076.00  Quicken Loans

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name:   Douglas S. Stanger

Address:   646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.   (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-13087-JNP
Sadie M. Brown                                                  Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin            Page 1 of 2            Date Rcvd: Jul 14, 2017
                             Form ID: pdf905        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
```
db              +Sadie M. Brown,    1004 S. Main Street,    Pleasantville, NJ 08232-3620
516651126       +American Express,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
516651127       +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516651128       +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516651129       +Chase Card,    Attn: Correspondence,    PO Box 15298,    Wilmington, DE 19850-5298
516651130       +Citibank/Best Buy,    Citicorp Credt Services,    Attn: Centralized Bankruptcy,    PO Box 790040,
                  St. Louis, MO 63179-0040
516651131       +Citibank/The Home Depot,    Citicorp Credit Services,    Attn: Centralized Bankruptcy,
                  PO Box 790040,    St. Louis, MO 63179-0040
516651132       +Citicards. CBNA,    Citicorp Credit Services,    Attn: Centralized Bankruptcy,    PO Box 790040,
                  St. Louis, MO 63179-0040
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2017 23:34:51     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2017 23:34:46     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516651133        E-mail/Text: mrdiscen@discover.com Jul 14 2017 23:34:03     Discover Financial,    PO Box 15316,
                  Wilmington, DE 19850-5316
516651134       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 14 2017 23:34:10     Kohls/Capital One,
                  Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
516651136        E-mail/Text: bkrgeneric@penfed.org Jul 14 2017 23:34:01     Pentagon Federal Credit Union,
                  PO Box 1432,    Alexandria, VA 22313
516651137       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 14 2017 23:35:14     Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
516651138       +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2017 23:30:42     Synchrony Bank/Amazon,
                  PO Box 965060,    Orlando, FL 32896-5060
516651139       +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2017 23:30:42     Synchrony Bank/HH Gregg,
                  PO Box 965060,    Orlando, FL 32896-5060
516651140       +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2017 23:30:19     Synchrony Bank/Lowes,
                  PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516651135*      ++PENTAGON FEDERAL CREDIT UNION,    ATTN BANKRUPTCY DEPARTMENT,    P O BOX 1432,
                  ALEXANDRIA VA 22313-1432
                 (address filed with court:   Pentagon Federal Credit Union,    PO Box 247009,
                  Omaha, NE 68124-7009)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 14, 2017
                              Form ID: pdf905          Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Victor M Saul    on behalf of Debtor Sadie M. Brown vsaul@comcast.net, G4231@notify.cincompass.com
                                                                                              TOTAL: 5
```